# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

### CASE NO.  M-07-231-S2

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **JUDGE: RICARDO H. HINOJOSA** | |
| | **:** | **COURTROOM DEPUTY:** | |
| **v.** | **:** | **COURT REPORTER: Tony Tijerina** | |
| **JOSE ARMANDO GARCIA, JR.** | | | |
|     **also known as Mando, Mandio** | **:** | **COURT TRIAL:** | |
| **JUAN PABLO HINOJOSA** | | | |
|     **also known as Gordo** | **:** | **DATE: August 10, 2010** | |
| **RAUL GALINDO** | **:** | | |
|     **also known as Lucky** | **:** | | |
| **JOEL CARCANO, JR.** | **:** | | |

EXHIBIT LIST OF <u>THE UNITED STATES</u>       ATTORNEY <u>OSCAR ALVAREZ; ED STAPLETON; OSCAR VEGA; RALPH MARTINEZ</u>

PAGE <u> 1 </u> OF <u>1</u>

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Texas Syndicate Rules | | | | | | |
| 2 | Compact Disc containing 9 audio Recordings | | | | | | |
| 3 | Photograph of dirt road and Crisantos Moran's body | | | | | | |
| 4 | Photograph of dirt road and Crisantos Moran's body | | | | | | |
| 5 | Photograph of dirt road and Crisantos Moran's body | | | | | | |
| 6 | Photograph of Crisantos Moran | | | | | | |
| 7 | Photograph of Crisantos Moran (back) | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 8 | Photograph of Crisantos Moran (back) | | | | | | |
| 9 | Photograph of Crisantos Moran (front) | | | | | | |
| 10 | Photograph of first bullet casing | | | | | | |
| 11 | Photograph of first bullet casing | | | | | | |
| 12 | Photograph of second bullet casing | | | | | | |
| 13 | Photograph of second bullet casing | | | | | | |
| 14 | Photograph of second bullet casing | | | | | | |
| 15 | Photograph of Crisantos Moran at autopsy (front) | | | | | | |
| 16 | Photographs of Crisantos Moran at autopsy (front) | | | | | | |
| 17 | Photographs of Crisantos Moran at autopsy (side of neck) | | | | | | |
| 18 | Photographs of Crisantos Moran at autopsy (forehead) | | | | | | |
| 19 | Photographs of Crisantos Moran at autopsy (back) | | | | | | |
| 20 | Photographs of Crisantos Moran at autopsy (back) | | | | | | |
| 21 | Photograph of bullet fragment found in torso | | | | | | |
| 22 | Photograph of damaged organ | | | | | | |
| 23 | Photograph of damaged slug | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 24 | Copy of autopsy report on Crisantos Moran by Dr. F.P. Salinas | | | | | | |
| 25 | Body outline showing injuries to Crisantos Moran | | | | | | |
| 26 | Certified copy of murder indictment on Jose Armando Garcia, victim is Crisantos Moran cause no. CR-3694-05-D | | | | | | |
| 27 | Certified copy of plea agreement in cause no. CR-3694-05-D | | | | | | |
| 28 | Certified copy of agreed punishment recommendation in cause no. CR-3694-05-D | | | | | | |
| 29 | Certified copy of judgment of conviction in cause no. CR-3694-05-D | | | | | | |
| 30 | DPS Lab report L3M-56281 (Richard Hitchcox) | | | | | | |
| 31 | DPS Lab report L-310403 (Richard Hitchcox) | | | | | | |
| 32 | DPS Lab report L3M-56367 (Richard Hitchcox) | | | | | | |
| 33 | ATF nexus report (Arnulfo Gutierrez) | | | | | | |
| 34 | Highpoint, Model CF, .380 caliber pistol | | | | | | |
| 35 | Spent .380 caliber casing | | | | | | |
| 36 | Spent .380 caliber casing | | | | | | |
| 37 | Projectile fragment | | | | | | |
| 38 | Projectile fragment | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 39 | Projectile fragment | | | | | | |
| 40 | Photograph of open front door of residence | | | | | | |
| 41 | Photograph of Miguel Elizondo near doorway | | | | | | |
| 42 | Photograph of living room (exposed leg of Miguel Elizondo) | | | | | | |
| 43 | Photograph of living room showing two sofas and table | | | | | | |
| 44 | Photograph of Miguel Elizondo near doorway | | | | | | |
| 45 | Photograph of Miguel Elizondo near doorway (inside) | | | | | | |
| 46 | Photograph of Miguel Elizondo near doorway (inside) | | | | | | |
| 47 | Photograph of Miguel Elizondo near doorway (inside) | | | | | | |
| 48 | Photograph of Miguel Elizondo near doorway (up close) | | | | | | |
| 49 | Photograph of Miguel Elizondo near doorway (up close) | | | | | | |
| 50 | Photograph of Miguel Elizondo near doorway (inside) | | | | | | |
| 51 | Photograph of Miguel Elizondo near doorway (inside) | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 52 | Photograph of shattered glass near door | | | | | | |
| 53 | Photograph of shattered glass near door (up close) | | | | | | |
| 54 | Photograph of entertainment center (damaged by projectile) | | | | | | |
| 55 | Photograph of entertainment center (damaged by projectile) | | | | | | |
| 56 | Photograph of sofa in living room | | | | | | |
| 57 | Photograph of live ammo found near sofa | | | | | | |
| 58 | Photograph of live ammo (up close) | | | | | | |
| 59 | Photograph of live ammo (up close) | | | | | | |
| 60 | Photograph of dining table near back door | | | | | | |
| 61 | Photograph of dining table near back door | | | | | | |
| 62 | Photograph of projectile damage near back door | | | | | | |
| 63 | Photograph of live ammo | | | | | | |
| 64 | Photograph of Miguel Elizondo's forehead | | | | | | |
| 65 | Photograph of Miguel Elizondo's forehead | | | | | | |
| 66 | Photograph of Miguel Elizondo's neck area | | | | | | |
| 67 | Photograph of Miguel Elizondo and Juan Pablo Hinojosa | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 68 | Body outline showing injuries to Miguel Elizondo | | | | | | |
| 69 | Head outline showing injuries to Miguel Elizondo | | | | | | |
| 70 | Skull outline showing injuries to Miguel Elizondo | | | | | | |
| 71 | Copy of autopsy report on Miguel Elizondo by Dr. F.P. Salinas | | | | | | |
| 72 | DPS Lab report L3M-56763 (Richard Hitchcox) | | | | | | |
| 73 | Photograph of dirt road leading to burned Malibu | | | | | | |
| 74 | Photograph of dirt road leading to burned Chevrolet Malibu (closer view) | | | | | | |
| 75 | Photograph of dirt road leading to burned Malibu (closer view) | | | | | | |
| 76 | Photograph of rear view of Chevrolet Malibu | | | | | | |
| 77 | Photograph of left rear trunk area of Chevrolet Malibu | | | | | | |
| 78 | Photograph of right rear view of Chevrolet Malibu | | | | | | |
| 79 | Photograph of front of Chevrolet Malibu | | | | | | |
| 80 | Photograph of left front area of Chevrolet Malibu | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 81 | Photograph of inside compartment of Chevrolet Malibu from driver's side | | | | | | |
| 82 | Photograph of inside compartment of Chevrolet Malibu | | | | | | |
| 83 | Photograph of burned body from rear | | | | | | |
| 84 | Photograph of burned body from driver's side | | | | | | |
| 85 | Photograph of burned body from front passenger's side | | | | | | |
| 86 | Photograph of burned body from front passenger's side | | | | | | |
| 87 | Photograph of back side of body | | | | | | |
| 88 | Photograph of back side of body | | | | | | |
| 89 | Photograph of front side of body | | | | | | |
| 90 | Photograph of back of head | | | | | | |
| 91 | Photograph of back of head | | | | | | |
| 92 | Photograph of back skull | | | | | | |
| 93 | Certified copy of Marcelino Rodriguez's 5k1 motion | | | | | | |
| 94 | Photograph of projectile | | | | | | |
| 95 | Photograph of projectile | | | | | | |
| 96 | Copy of Autopsy Report (Marcelino Rodriguez) | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 97 | Hooter's restarurant video | | | | | | |
| 98 | Photograph of back skull | | | | | | |
| 99 | Copy of T-III intercepts (Brownsville) | | | | | | |
| 100 | | | | | | | |
| 101 | | | | | | | |
| 102 | | | | | | | |
| 103 | | | | | | | |
| 104 | | | | | | | |
| 105 | | | | | | | |
| 106 | | | | | | | |
| 107 | | | | | | | |
| 108 | | | | | | | |
| 109 | | | | | | | |
| 110 | | | | | | | |
| 111 | | | | | | | |
| 112 | | | | | | | |
| 113 | | | | | | | |
| 114 | | | | | | | |
| 115 | | | | | | | |
| 116 | | | | | | | |
| 117 | | | | | | | |
| 118 | | | | | | | |
| 119 | | | | | | | |
| 120 | | | | | | | |
| 121 | | | | | | | |
| 122 | | | | | | | |
| 123 | | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |