AO 435 (Rev. 04/18)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: Crispin (C.J.) Qunitanilla, III | 2. PHONE NUMBER: (956) 682-9477 |
| 3. DATE: 2/9/2022 | |
| 4. DELIVERY ADDRESS OR EMAIL: gqplaw@yahoo.com | 5. CITY: McAllen |
| 6. STATE: Texas | 7. ZIP CODE: 78504 |
| 8. CASE NUMBER: 7:07-cr-00231-13 | 9. JUDGE: Hon. Ricardo Hinojosa |
| DATES OF PROCEEDINGS | |
| 10. FROM 2/22/2011 | 11. TO 2/22/2011 |
| 12. CASE NAME: Joel Carcano | |
| LOCATION OF PROCEEDINGS | |
| 13. CITY: | 14. STATE: |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [X] SENTENCING | 2/22/2011 | | 2/22/2011 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE: *[signature]* | PROCESSED BY: |
| 19. DATE: 2/9/2022 | PHONE NUMBER: |
| ESTIMATE TOTAL | 0.00 |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY